THE STATE OF OHIO, APPELLEE, *v.* WOODMAN, APPELLANT.

[Cite as *State v. Woodman* (1998), 81 Ohio St.3d 1259.]

(No. 97–2615—Submitted March 3, 1998—Decided April 15, 1998.)

*Ronald J. O'Brien,* Franklin County Prosecuting Attorney, and *Joyce S. Anderson,* Assistant Prosecuting Attorney, for appellee.

*Robert H. Woodman, pro se.*

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.